

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00734-CR

**IN RE** Luis Angel **GONZALEZ-BOCAS**, Relator

Original Proceeding[1]

### ORDER

On October 30, 2024, Relator, Luis Angel Gonzalez-Bocas, filed a petition for writ of mandamus, complaining of the trial court's October 10, 2024, order. Gonzalez-Bocas also filed a motion to stay the underlying proceedings, which we granted on October 31, 2024.

After considering the petition and the record, the court concludes Gonzalez-Bocas is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

The stay issued on October 31, 2024, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 15082CR, styled *The State of Texas v. Luis Angel Gonzalez-Bocas*, pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.